Howard Rubinstein (Fla. SBN: 104108)
*howardr@pdq.net*
Attorney at Law
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
Tel.: (832) 715-2788

Harold M. Hewell (Cal. SBN: 171210)
*hmhewell@hewell-lawfirm.com*
Hewell Law Firm
105 West F Street, Suite 213
San Diego, California 92101
(619) 235-6854 · (888) 298-0177 (f)

Jeff Kravitz (Cal. SBN 186209)
*kravitzlaw@aol.com*
Kravitz Law Office
2310 J Street, Suite A
Sacramento, California 95816
(916) 553-4072 · (916) 553-4074 (f)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROY WERBEL,** individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>vs.<br><br>**KELLOGG USA,** a Michigan corporation,<br><br>    *Defendant.* | **Case No. 3:10-cv-01660-EMC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION, PURSUANT TO FRCP 41(a)(1)**<br><br>*Class Action*<br><br>*Jury Demand* |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that plaintiff voluntarily dismisses with prejudice the entire above-captioned action pursuant to Fed.R.Civ.P. 41(a)(1), no responsive pleading or motion for summary judgment having been filed in the matter.

HEWELL LAW FIRM

Dated: July 11, 2010              By: _s/ Harold M. Hewell_
                                      Harold M. Hewell

                                  Howard Rubinstein (Fla. SBN: 104108)
                                  *howardr@pdq.net*
                                  Attorney at Law
                                  914 Waters Avenue, Suite 20
                                  Aspen, Colorado 81611
                                  Tel.: (832) 715-2788

                                  Jeff Kravitz (Cal. SBN 186209)
                                  *kravitzlaw@aol.com*
                                  Kravitz Law Office
                                  2310 J Street, Suite A
                                  Sacramento, California 95816
                                  (916) 553-4072 · (916) 553-4074 (f)

                                  *Attorneys for Plaintiff*